■ DOMENICK MANCINI et al., Appellants, v. SAUL C. METZ, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ (A) GRACE MORETTINI et al., Respondents, v. JAMES HICKEY, Appellant. (B) ETHEL GOLDBERG et al., Appellants, v. SALVATORE D'ADAMO, Respondent. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur. (C) SADIE ROJAK et al., Appellants, v. SANFORD ESTATES, INC., Respondent. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed.

■ GREAT NECK WATER AUTHORITY, Respondent, v. CITIZENS WATER SUPPLY COMPANY OF NEWTOWN, Appellant.— Motion by defendant-appellant for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Was defendant's motion for summary judgment properly denied as a matter of law? (2) Was the order of the County Court appealable to the Appellate Division insofar as such order struck out for insufficiency the first, second and third affirmative defenses in the defendant's answer? (3) Was the order of this court, dated May 21, 1962, properly made? Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ EDWARD CRANMER, Respondent, v. JOHN G. GROZINE, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 12, 1962, requiring him to perfect his appeal for the June 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ NICHOLAS FRIELLO et al., Respondents, v. BLACK & DECKER MANUFACTURING CO. et al., Defendants, and CARBORUNDUM COMPANY, Appellant.— Motion by defendant-appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ (A) CLARA FRANK, Individually and as Guardian ad Litem of LEONARD FRANK, an Infant, Appellant, v. KIAMESHA CONCORD INC., Respondent. (B) EDWARD J. LISECKI, Appellant, v. COUNTY HARDWARE CORP. et al., Respondents. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur. (C) In the Matter of FRED S. DARROW et al., Appellants, v. MURRAY WESTON, Respondent. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur — [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed.

■ ROBERT V. RAFTER, Appellant, v. MANUFACTURERS TRUST CO. et al., Respondents.— Motion by defendants Hays and Kellegrew to dismiss appeal, dismissed as academic in view of the disposition of the appeal proper (see *Rafter* v. *Manufacturers Trust Co.*, 16 A D 2d 963). Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ ANTHONY SPADANUTA et al., Appellants, v. INCORPORATED VILLAGE OF ROCKVILLE CENTRE et al., Respondents.— Motion by respondents to dismiss for lack of prosecution the pending appeal from an order, dated November 14, 1961, denying appellants' motion for a temporary injunction, and cross motion by appellants to enlarge time to perfect the appeal. In view of our decision made herewith in a companion appeal (*Spadanuta* v. *Incorporated Vil. of Rockville Centre*, 16 A D 2d 966), in which we reversed an order denying defendants' motion to dismiss the first and second causes of action and granted such motion, the motion to dismiss is granted; appeal dismissed; cross motion denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.